IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**FRANKLIN JOESPH JUNIOR**
**ADC #119181**                                                                                    **PLAINTIFF**

v.                                    No. 1:14-cv-89-DPM-JTK

**ARKANSAS DEPARTMENT OF**
**CORRECTION, Grimes Unit; LANTZ**
**GOFORTH, Sergeant, Grimes Unit,**
**ADC; and JOHNATHAN PICKERING,**
**Lieutenant, Grimes Unit, ADC**                                              **DEFENDANTS**

### ORDER

Unopposed recommendation, № 7, adopted. FED. R. CIV. P. 72(b) (1983 Addition to Advisory Committee Notes). The Court directs the Clerk to change the docket: № 5 is Junior's Amended Complaint. The Court certifies that an appeal from this Order and the accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

27 October 2014