IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**FRANKLIN JOESPH JUNIOR**
**ADC #119181**                                               **PLAINTIFF**

v.                         No. 1:14-cv-89-DPM

**ARKANSAS DEPARTMENT OF**
**CORRECTION, Grimes Unit; LANTZ**
**GOFORTH, Sergeant, Grimes Unit,**
**ADC; and JOHNATHAN PICKERING,**
**Lieutenant, Grimes Unit, ADC**                     **DEFENDANTS**

## JUDGMENT

Junior's amended complaint is dismissed with prejudice. This dismissal counts as a strike pursuant to 28 U.S.C. § 1915(g).

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

27 October 2014